IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TANGLEGROVE TH CONDO ASSOCIATION** § | | |
| *Plaintiff* § | | |
| § | CIVIL ACTION NO. _____ | |
| **v.** § | | |
| § | | |
| **JOURNEY INSURANCE COMPANY,** § | JURY DEMANDED | |
| *Defendants* | | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE COURT:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Journey Insurance Company (hereinafter referred to as "Journey" or "Defendant") gives notice and removes this action from the 61st District Court, Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and in support thereof would respectfully show the Court the following:

### I. BACKGROUND

1. On December 14, 2022 Plaintiff **TANGLEGROVE TH CONDO ASSOCIATION** (hereinafter referred to as "Plaintiff") filed an Original Petition in the 61st Judicial District Court of Harris County, Texas in an action styled: *Tanglegrove TH Condo Association vs. Journey Insurance Company and Stanley Glenn Culpepper*; **Cause Number: 2022-81096** (Hereinafter "State Court Action"). Plaintiff filed a First Amended Petition (hereinafter referred to as "Petition") on January 9, 2023, amending Journey's registered agent for service of process.

2. Plaintiff's claims for breach of contract, bad faith, breach of the Texas Insurance Code, and conspiracy relate to alleged damage from hail/windstorm that occurred on or about

August 16, 2021 to real property located at 1110 Fountain View, Houston, Texas 77057.

3. On March 9, 2023, Journey elected legal responsibility for Defendant Stanley Glenn Culpepper by filing a notice in the State Court Action pursuant to Section 542A.006 of the Texas Insurance Code (**Exhibit E**).

4. On March 21, 2023, Defendant Stanley Glenn Culpepper was dismissed from the State Court Action (**Exhibit E**).

5. Upon dismissal of Defendant Stanley Glenn Culpepper, Journey removes this matter to this Court. This Notice of Removal is being filed within one year of commencement of this action, and within thirty days of the state court's dismissal of Defendant Stanley Glenn Culpepper from the state court lawsuit.

## II. PROCEDURAL REQUIREMENTS

6. The Court has diversity jurisdiction in this matter because there is complete diversity of citizenship between the Plaintiff and the Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a)(1); (2).

7. Venue in the Southern District of Texas, Houston Division is proper under 28 U.S.C. § 1441(a), because this Court is the United States District Court for the district and division embracing the place where the State Court Action is pending. *See,* 28 U.S.C. § 124(b)(2).

8. This Notice of Removal is accompanied by copies of the following material:

    a. **Exhibit A** – Index and copies of all process, pleadings and orders from the State Court Action;
    b. **Exhibit B** – List of Counsel; and
    c. **Exhibit C** – Civil Cover Sheet.

9. Simultaneously with the filing of this Notice of Removal, Defendant Journey is filing a copy of the Notice of Removal in the 61st Judicial District Court of Harris County, Texas

pursuant to 28 U.S.C §1446(d), which is attached hereto as **Exhibit D**, and will provide written notice of the filing of this Notice of Removal to all parties as required by 28 U.S.C. §1446(a).

### III. BASIS FOR REMOVAL

11. Removal is proper in this case due to complete diversity of the parties. This Court has diversity jurisdiction under 28 U.S.C. §§ 1332(a). Where there is complete diversity among parties and the amount in controversy exceeds $75,000.00, an action may be removed to federal court.

#### A. Diversity of the Parties

12. Plaintiff is and was at the time the lawsuit was filed, doing business in Harris County, Texas. See Plaintiff's Original Petition ¶2. Plaintiff was incorporated in Texas and therefore, Plaintiff is a Texas Company for Diversity purposes.

13. Defendant, Journey Insurance Company, is a Florida company with its principal office in St. Petersburg, Florida, and is a citizen of the State of Florida for diversity purposes. The only remaining parties are therefore diverse for purposes of removal.

14. Additionally, per the order signed in the State Court Action on March 21, 2023, Defendant Stanley Glenn Culpepper was dismissed under section 542A.006 of the Texas Insurance Code. This statutory election is final, cannot be reversed, and constitutes a separate event that allows for the removal of this matter to this Court. *See Hoyt v. Lane Constr.*, 927 F.3d 287, 296 (5th Cir. 2019); *see also S.W.S. Erectors v. Infax, Inc.*, 72 D.3d 489, 492 (5th Cir. 1996).

#### B. Amount in Controversy

15. In addition to complete diversity, the amount in controversy must exceed $75,000.00, exclusive of interest and costs, for the Court to exercise diversity jurisdiction over the

matter. 28 U.S.C. § 1332; *See also, Simon v. Wal-Mart Stores, Inc.,* 193 F.3d 848, 850 (5th Cir. 1999). As indicated, Plaintiff states in its Petition that it seeks monetary relief over $1,000,000.00. *See* Plaintiff's Original Petition.

## JURY DEMAND

16. Defendant Journey Insurance Company hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Journey Insurance Company removes this action from the 61st Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, so that this Court may assume jurisdiction over this cause as provided by law, and respectfully asks this Court to accept jurisdiction of this matter.

Respectfully submitted,

**BAIN & BARKLEY**
*A Partnership of Professional Corporations*

BY: _____
Michael "Tate" Barkley
Texas State Bar Number: 01750065
Email: tate@bainlaw.net
Justin D. Patton
Texas State Bar Number: 24092949
Federal Bar Number: 2924203
Email: justin@bainlaw.net
14090 Southwest Freeway, Suite 450
Sugar Land, Texas 77478
Tel:   281-980-3100
Fax:   281-980-3195
**ATTORNEYS FOR DEFENDANT
JOURNEY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the **28th** day of March 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and by mailing to non-ECF registrants:

***Via CM/ECF***
Shannon E Loyd
Loyd & Pollom, P.L.L.C
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249
*Email:* ***shannon@lp-lawfirm.com***
*Attorneys for Plaintiff*

_____
Michael "Tate" Barkley
Justin D. Patton