IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TANGLEGROVE TH CONDO ASSOCIATION,** <br> *Plaintiff* <br><br> v. <br><br> **JOURNEY INSURANCE COMPANY,** <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 4:23-CV-01135** <br><br><br> **JURY DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **Tanglegrove TH Condo Association** and Defendant **Journey Insurance Company** hereby file this Joint Motion to Dismiss. The Parties have completed the appraisal process previously ordered by the Court, and Defendant has made payment of the resulting award and statutory interest under the Texas Insurance Code. All other claims between the parties, including the question of attorneys' fees, have been settled. Accordingly, the Parties request that this Court lift the stay presently in effect in this action put in place by the Court on November 2, 2023[1], and then dismiss this suit with prejudice.

---

[1] ECF No. 24.

Respectfully submitted,

**BAIN & BARKLEY**

*A Partnership of Professional Corporations*

**BY:** _____

Michael "Tate" Barkley (attorney in charge)
Texas State Bar Number: 01750065
Email: tate@bainlaw.net
T. Ryan Lemens (signatory of proposed order)
Texas State Bar Number: 24109463
Federal Bar Number: 3381606
Email: ryan@bainlaw.net
14090 Southwest Freeway, Suite 450
Sugar Land, Texas 77478
Tel:   281-980-3100
Fax:   281-980-3195
**ATTORNEYS FOR DEFENDANT**
**JOURNEY INSURANCE COMPANY**

AND

**/s/ Shannon E. Loyd w/p 04/26/2024**_____
Shannon E. Loyd
LOYD & POLLOM, P.L.L.C.
Texas State Bar No. 24045706
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249
Email: **shannon@lp-lawfirm.com**
**ATTORNEYS FOR PLAINTIFF**
**TANGLEGROVE TH CONDO ASSOCIATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 26, 2024**, I e-filed this document using the Court's ECF System, thereby serving this document on all parties and counsel of recordi n this case, as follows:

**VIA CM/ECF:**
**Shannon E. Loyd**
LOYD & POLLOM, P.L.L.C.
12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249
*Email:* **shannon@lp-lawfirm.com**
*Attorneys for Plaintiff*

_____
T. Ryan Lemens