United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TANGLEGROVE TH CONDO ASSOCIATION,** *Plaintiff* | § § § § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01135** |
| **v.** | § § | |
| **JOURNEY INSURANCE COMPANY,** *Defendant* | § § § | **JURY DEMANDED** |

### ORDER GRANTING JOINT MOTION TO DISMISS

On this date, the Court considered Plaintiff Tanglegrove TH Condo Association and Defendant Journey Insurance Company's Joint Motion To Dismiss With Prejudice. The Court is of the opinion that Defendants' Motion to Dismiss should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that this suit is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

This is a final judgment which disposes of all parties and claims in this case, and which is appealable. The Clerk of Court is hereby directed to close this case.

Signed the 29th day of April, 2024.

_____
JUDGE PRESIDING